COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:  Ex Parte Dustin Wayne Glenn

Appellate case number:  01-14-00195-CR

Trial court case number:  CV-70369

Trial court:  County Court at Law No. 3 of Galveston County

Appellant, Dustin Wayne Glen, has filed a notice of appeal from the trial court's denial of his application for writ of habeas corpus. The trial court's "Findings and Order" indicates that the court considered "the transcript and exhibits from *Dustin Wayne Glenn v. State* cause numbers 12CR2237 and 12CR2238 motion for new trial hearing held in the 405th District Court in September 2013 . . . ." Accordingly, we direct the Clerk of this Court to copy the supplemental reporter's record of the September 9, 2013 motion for new trial hearing, filed in this Court on November 22, 2013 in cause numbers 01-13-00640-CR and 01-13-00641-CR, and file the copy in cause number 01-14-00195-CR.

It is so ORDERED.

Judge's signature:  /s/ Terry Jennings
☑ Acting individually    ☐ Acting for the Court

Date:  October 28, 2014